
CLERK'S OFFICE
A TRUE COPY
Aug 10, 2021
s/ JeremyHeacox
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>the Walworth County Fairgrounds, 411 E. Court Street, Elkhorn, Wisconsin, specifically the Katzman Administration Building and employee lodging trailer | ) ) ) ) ) ) ) Case No. 21-M-459 (SCD) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the ___Eastern___ District of ___Wisconsin___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before ___8-24-21___ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: ___8-10-21. 1:00 pm___    *Stephen C. Dries*
    *Judge's signature*

City and state: ___Milwaukee, Wisconsin___    Honorable Stephen C. Dries
    *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>21-M-458 | Date and time warrant executed:<br>0700 hours on August 11, 2021 | Copy of warrant and inventory left with:<br>Larry Gaffey, Walworth Fairgrounds |

Inventory made in the presence of :
S/A Brooks Abramson, U.S. DOL OIG

Inventory of the property taken and name(s) of any person(s) seized:

See attached FBI Receipt for Property

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 6, 2023

*Executing officer's signature*

Brooks Abramson, SSA U.S. Dept. of Labor, OIG
*Printed name and title*

# Attachment A

# Premises to be Searched

The location known as the **Walworth County Fairgrounds** is located at 411 E. Court Street in Elkhorn, Wisconsin, 53121. It consists of multiple educational, amusement, and administrative buildings, as well as a carnival midway, a track with grandstand, campgrounds, and a machinery lot, as illustrated below:



Within the **Fairgrounds**, the premises to be searched include the following:

(1) The offices of the Walworth County Agricultural Society, also known as the **Katzman Administration Building**, is located at the southwest section of the Walworth County Agricultural Society fairgrounds and is a rectangular structure with white siding, dark colored roofing, a sign reading "OFFICE" above the front door and with a circular sign reading "Katzman Administration Building" centered on the front of the structure, as depicted below:



46

(2) The **employee lodging trailer** is a white trailer with black shingle roofing and black window shutters located at the northeast section of the **Fairgrounds** and surrounded by an ovular dirt track, as depicted below:



## Attachment B

### Evidence to be Seized

All records, information, and physical items constituting evidence or instrumentalities of violations of Title 18, United States Code, Sections 1001 (false statements), 1351(a) (fraud in foreign labor contracting), 1546 (fraud and misuse of visas, permits, and other documents), 1341 (mail fraud), 1343 (wire fraud), 1589 (forced labor), and 1590 (trafficking with respect to forced labor); and Title 8, United States Codes Sections 1324(a)(1)(A)(iii)-(iv), (B)(i) (bringing in and harboring certain aliens for financial gain), and conspiracy to commit those offenses, between February 1, 2021 and the present, including:

i. Any and all employee or personnel documents and files for Denis Leonel Rodriguez Oyuela, AVs 1-4, H-2B 5, H-2B6, or any other employee of or associated with J.K.J. Workforce Agency, Inc. or its subsidiaries or affiliated companies, including: contracts, correspondence, employment applications, emergency or family contact information, wage or salary information, paystubs or paychecks, labor contracts, employment offers, copies of airline tickets or itineraries, copies of government identification documents, passports, copies of visas or immigration documents, related visa or immigration filings and related approvals, tax and Social Security forms, and memorandums or documents showing discipline, complaints, termination, promotion or performance;

ii. Any and all visa documentation or communication records regarding U.S. H-2B visas issued for DJ's Landscape Management and/or beneficiaries of a petition from DJ's Landscape Management, including but not limited to AVs 1-4, H-2B5, and H-2B 6;

iii. Any and all records, including wire transfer instructions, wire receipts, bank account records, copies of checks, payment ledgers, payment receipts, or other documentation of cash, wire, check, or direct deposit payments from or to James K. Judkins, J.K.J. Workforce Agency, Inc., or any of its subsidiaries or affiliated companies and their officers and employees, D.J. Vander Slik, or DJ's Landscape management;

iv. Records and/or content of any communications from, to, between, or concerning AVs 1-4, H-2B 5, H-2B 6, James K. Judkins, J.K.J. Workforce Agency, Inc., D.J. Vander Slik, or DJ's Landscape Management, including call records, text messages, voicemails, emails, letters, and other types of correspondence;

v. Notebooks, ledgers, or other documentation concerning foreign nationals brought or sought to be brought to the U.S. on H-2B visa petitions;

vi. Any cameras and/or recordings of the specified areas of the **Fairgrounds** to be searched, including but not limited to any surveillance camera pointed in the direction of the employee lodging **trailer**;

48

vii. Items, documents, and effects showing residency and/or dominion and control of the place to be searched, including but not limited to keys, receipts, bills, canceled checks, mail envelopes, rental agreements, telephone records and bills, utility bills, and internet/cable provider statements;

viii. For any computer or electronic storage medium located on the **Fairgrounds** that may contain any of the above records or information:

   a. Evidence of who used, owned, or controlled the computer or electronic storage medium at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. Evidence of the attachment to the computer of other storage devices or similar containers for electronic evidence;

   c. Passwords, encryption keys, and other access devices that may be necessary to access the computer or storage medium;

   d. Documentation and manuals that may be necessary to access or to conduct a forensic examination of the computer or storage medium; and

   e. Contextual information necessary to understand the evidence described in this attachment.

As used above, the terms "records" and "information" include all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as prints, photos, or videos).

As used above, the term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

As used above, the term "electronic storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, flash memory, and other magnetic or optical media.

FD-597 (Rev. 4-13-2015)

Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: SOB-MW-3470309

On (date): 8/11/2021

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name): Larry Gaffey
(Street Address): 411 East Court Street (Katzman Admin Building)
(City): Elkhorn, WI

Description of Item(s):
1) Dell Optiplex 7070 S/N 1W30H13 (Imaged on scene/physical device not taken)
2) Dell Inspiron 15 S/N C902SL2 (Imaged on scene/physical device not taken)
3) 1 file folder
4) NOT TAKEN
5) 12 timesheets/pay stubs for denis rodriguez
6) JKJ workforce document
7) 2 voided JKJ workforce checks/JKJ workforce invoice/visa reimbursement to denis gurela
8) walworth county ag society bills for all vendors
9) adiva credit union statements
10) Bills for all vendors document
11) Asus laptop N580V S/N HBN0CV23754482

nothing follows here

Received By: (Signature)
Printed Name/Title: John Sokolowski /SA

Received From: (Signature)
Printed Name/Title: LAWRENCE GAFFEY